No. 66292.—Paul A. Straub & Co., Inc. v. United States, protests 59/15330, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in Wm. S. Pitcairn Corp v. United States (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 66293.—Dorf International, Ltd. v. United States, protest 61/1066 (New York).

Opinion by JOHNSON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 66294.—Berolio Import Co., Inc. v. United States, protest 61/1786 (New York).

Opinion by JOHNSON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 66295.—General Wine & Spirits Company v. United States, protest 61/3405 (New York).

Opinion by JOHNSON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 66296.—Nichimen Co., Inc. v. United States, protest 61/4419 (New York).

Opinion by JOHNSON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.